LF 028
(Rev. 11/04/2019)

Petitioner

# PRISONER CIVIL RIGHTS COMPLAINT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

---

Jonathan Rice, G.d.C #1000189945
(Enter above the full name and prisoner identification number of the plaintiff, GDC number if a state prisoner.)

-vs-

Kathy Hochul, Governor

(Enter above the full name of the defendant(s).)

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the Court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

I. **Previous Lawsuits**

  A. Have you filed other lawsuits in federal court while incarcerated in any institution?

      Yes (✓)   No ( )

  B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1. Parties to this previous lawsuit:

      Plaintiff(s): Jonathan Rice G.d.C #1000189945

1

LF 028
Rev. 11/04/2019

Defendant(s): __Kathy Hochul,__

2. Court (name the district): __333 Constitution Ave Washington, DC, 20001__

3. Docket Number: __1:24-CV-00444-UNA__

4. Name of judge to whom case was assigned: __Judge, Randolph. d. Moss__

5. Did the previous case involve the same facts?

   Yes (✓)   No ( )

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): __I sent out many 1983 never Hear any back Joe, Biden might Block my mail__

7. Approximate date of filing lawsuit: __5-26-2024__

8. Approximate date of disposition: __5-26-2024__

## II. Exhaustion of Administrative Remedies

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Place of Present Confinement: __Hays State Prison__

B. Is there a prisoner grievance procedure in this institution?

   Yes (✓)   No ( )

C. Did you present the facts relating to your complaint under the institution's grievance procedure?

   Yes (✓)   No ( )

D. If your answer is YES:
   1. What steps did you take and what were the results? __Told, Warden, Joshua Jones, of Hays State Prison, I Have Personal relation with, President, Joseph Biden,__

LF 028
Rev. 11/04/2019

2. If your answer is NO, explain why not: _N/A_

### III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: _Jonathan Price_
_G.d.C # 1000189945_

Address(es): _Hays State Prison_
_P.O. Box 668_
_Trion, GA, 30753_

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): _Kathy Hochul,_
_governor_

Employed as _Kathy Hochul,_
_governor_

at _governor office_

### IV. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

( ✓ ) Federal official (a *Bivens* claim)
( ✓ ) State or local officials (a § 1983 claim)

3

LF 028
Rev. 11/04/2019



B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

False imprisonment Claim.
Habeas Corpus Claim

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

False imprisonment Claim.
~~Habeas Corpus Claim~~
Habeas Corpus Claim.

V. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

( ) Pretrial detainee
( ) Immigration detainee
(✓) Convicted and sentenced state prisoner
( ) Convicted and sentenced federal prisoner
( ) Other *(explain)* _____

VI. **Statement of Claim**

State here as briefly as possible the facts of your case. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

[scribbled out section]

"Statement of Claim"
I Jonathan Maurice Rice, need Help and support from every governor to support my release from this prison Hays state prison, year 2010, michelle obama, told me that everyone in the "White House" try to set me up and violated All my constitutional rights.

4

LF 028
Rev. 11/04/2019

"The year, year 2010 The Attorney general in Atlanta that was in office around the year 2010, told me that I dont get Arrested and He got Police Reports on I Jonathan Rice, Birthday 02-15-1990, Social Security # 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. Michelle Obama, and everyone was trying to tell me I can start a Private civil war, and They was trying to tell me about my relationship with the Chinese military and dealing with the President of China. I will never forget what the Chinese general told me on a cell phone, at Atlanta motor speed way in Atlanta. The Chinese general wanted to make Plan's starting a war on America, why because They stated They Believe in Something They Feel I know. I feel I Jonathan Rice, can talk to China military general to Have a Better trust relationship with America.

### VII. Injuries
If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

False imprisonment claim. Habeas Corpus Claim.

### VIII. Relief
State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If requesting money damages, include the amounts of any actual and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I will Like for the governer, Kathy Hochul, to investigate on what I said That my word's are true and strong. I can get support to report to the U.S. military so They can Help me get on the Phone and talk to the general of China military, so I can work-out a Peace agreement with the President of China and China general military They all Know of I Jonathan Rice, The President of China Have paper's Records of me and my Right's in America, I want to Help America get it's name Back.

LF 028
Rev. 11/04/2019

Russia military "need" China military" if I get All my man in China military to stand-down President, Putin will none of the danger he post will not be that strong. I will work on, America, Britain, China, to Have a Better relationship. It will take These three country's to Help Slow down War war 3. michelle oBama told me, my word's are strong with China my mission is to Arrest President, Putin

Signed this __8__ day of __17__, 20__24__

_____
Signature of Plaintiff

STATE OF __Georgia__
COUNTY (CITY) OF __Tricia__

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON __8-17-2024__
                    (Date)

_____
Signature of Plaintiff

6

Jonathan Rice
G.d.c #1000189945
Hays State Prison
P.O. Box 668
Trion, GA, 30753



U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
AUG 2 6 2024
RECEIVED

U.S. District Courthouse
P.O. Box 7367
Syacuse, NY, 13261